UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/10/2015

| | |
|---|---|
| IN RE: | * |
| STEVEN G. REAMES | * |
| AND | * |
| SHERRI L. REAMES | *   BANKRUPTCY CASE NO. 15-30503 |
| | * |
| DEBTORS | * |

## ORDER (6)

ON THIS DATE, CAME ON FOR CONSIDERATION THE ABOVE NAMED DEBTORS **STEVEN G. & SHERRI L. REAMES** MOTION TO CHANGE VENUE AND TRANSFER THE ABOVE CASE TO THE GALVESTON SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION, AND THE COURT, HAVING CONSIDERED THE MOTION, AND FINDING THAT PROPER NOTICE TO ALL PARTIES IN INTEREST HAS BEEN GIVEN TO CHANGE VENUE & TRANSFER THIS CASE FROM THE HOUSTON, TEXAS SOUTHERN DISTRICT TO THE GALVESTON, TEXAS SOUTHERN DISTRICT, AND UPON CONSIDERATION OF THE GROUNDS SET FORTH IN THE DEBTORS MOTION, THE COURT DOES HEREBY ORDER THAT THE ABOVE CAPTIONED DEBTORS CHAPTER 7 PROCEEDING IS HEREBY TRANSFERRED TO THE GALVESTON, TEXAS SOUTHERN DISTRICT DIVISION.

SIGNED THIS THE  10th  DAY OF  Feb.  , 2015.

PRESIDING BANKRUPTCY JUDGE